**E. L. CORD et al. v. Maynard McFIE, Receiver of Auburn-Fuller Co.**

No. 7301.

Circuit Court of Appeals, Ninth Circuit.

July 10, 1934.

Garnet C. Rainey, of Los Angeles, Cal., for appellants.

Chandler, Wright & Ward and John F. Gilbert, all of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.